CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 06 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY CROCKETT,            ) | Civil Action No. 7:11cv00550 |
|     Plaintiff,            ) | |
|                     ) | |
| v.            ) | **FINAL ORDER** |
|             ) | |
| D.A. BRAXTON, *et al.*,            ) | By: Samuel G. Wilson |
|     Defendants.            ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the defendants' motions for summary judgment (Docket Nos. 20 and 23) are hereby **GRANTED**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: September 6, 2012.

_____
UNITED STATES DISTRICT JUDGE